ROBERT M. WHITING, Appellant, *v.* THE FIDELITY MUTUAL LIFE ASSOCIATION OF PHILADELPHIA, Respondent.

*Whiting* v. *Fidelity Mut. Life Assn. of Philadelphia,* 150 App. Div. 157, appeal dismissed.
(Argued June 4, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1912, which vacated a judgment entered by plaintiff upon a remittitur from the Court of Appeals directing judgment absolute in favor of plaintiff and directed the entry of judgment in another form.

*Alexander S. Bacon* for appellant.

*William B. Ellison* and *Bruce Ellison* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.